**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **CEDAR LANE TECHNOLOGIES INC.,**<br><br> Plaintiff,<br><br> *v.*<br><br>**AMLOGIC, INC.,**<br><br> Defendant. | **CASE NO. 1:23-cv-1242-RGA**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Cedar Lane Technologies Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Amlogic, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: April 17, 2024                    Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com
**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

SO ORDERED this _____ day of _____ , 2024.

_____
UNITED STATES DISTRICT JUDGE